# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER STEIN, et al.** | : | |
| Plaintiffs, | : | Civil Case No.: 2:18-cv-00989 |
| v. | : | Judge Edmund A. Sargus |
| **VENTECH SOLUTIONS, INC., et al.** | : | Magistrate Judge Chelsea M. Vascura |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Christopher and Kristin Stein, and Defendants Ventech Solutions, Inc. and Ravi Kunduru, each by counsel, hereby stipulate to the dismissal, with prejudice, of all claims and causes of action asserted by, or against, any party to this action. Pursuant to agreed-upon terms, the COBRA claim has been settled; all other claims are being dismissed without settlement. Parties are to bear their own costs.

Respectfully submitted and stipulated to, by:

| | |
|---|---|
| */s/ Sonia T Walker* | */s/ Timothy G. Pepper* |
| Sonia T. Walker (0070422) | Timothy G. Pepper (0071076) |
| CALIG LAW FIRM, LLC | TAFT STETTINIUS & HOLLISTER LLP |
| 513 East Rich Street, Suite 210 | 40 North Main Street, Suite 1700 |
| Columbus, OH 43215 | Dayton, OH 45423 |
| Phone: (614) 252-2300 | Telephone: 937.641.1740 |
| Fax: (614) 252-2558 | Facsimile: 937.228.2816 |
| Email: swalker@caliglaw.com | E-mail: pepper@taftlaw.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the *Stipulation of Dismissal with Prejudice* was filed electronically on 31st day of July, 2019. Notice of this filing was sent via electronic mail to the address below. Parties may further access this filing through the Court's CM/ECF filing system.

Timothy G. Pepper (0071076)
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, OH 45423
Telephone: 937.641.1740
Facsimile: 937.228.2816
E-mail: pepper@taftlaw.com
*Attorney for Defendants*

                                                   */s/ Sonia T. Walker*
                                                   Sonia T. Walker (0070422)